Return Date: 8/19/19

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

Andrea Ann Marie Gordon

Case No.
Chapter

Debtor(s)
-----------------------------------------------------------x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the annexed application of Andrea Ann Marie Gordon a hearing will be held before the Hon. Robert Grossman Bankruptcy Judge, to consider the motion for an Order granting relief as follows:

requesting to apply for a modification.

_____

_____

_____

_____

_____

Date and time of hearing: 8/19/19 ~~7/31/19~~
Location: U.S. Bankruptcy Court
290 Federal Plaza
Central Islip, New York 11722
Courtroom # 860, 8th Floor

Dated: 6/20/19

Signature: [signed] Gordon
Print name: Andrea Gordon
Address: 40 Elm Pl
         Freeport, NY 11520
Phone: 516-608-5409
Email: bjason08@gmail.com

(RECEIVED 2019 JUN 20 PM - CLERK U.S. BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In Re:                                    Chapter 13

Andrea Ann Marie Gordon              Case No. 8-19-74145

                    Debtor(s)
-----------------------------------------------------X

## LOSS MITIGATION REQUEST - BY DEBTOR

I am a Debtor in this case. I hereby request to enter into the Loss Mitigation Program with respect to *[Identify the property, loan and creditor(s) for which you are requesting loss mitigation]*:

40 Elm Pl., Freeport, NY 11520
*[Identify the Property]*
Loancare Servicing # ▮▮▮▮5817  Wells Fargo ▮▮▮▮5872
*[Loan Number]*
Loancare Svcg. POB 8068, Virginia Bch, VA 23450
*[Creditor's Name and Address]*
Wells Fargo POB 1411, Des Moines, IA 50306

**SIGNATURE**

I understand that if the Court orders loss mitigation in this case, I will be expected to comply with the Loss Mitigation Procedures. I agree to comply with the Loss Mitigation Procedures, and I will participate in the Loss Mitigation Program in good faith. I understand that loss mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of entry into the Loss Mitigation Program. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation Period.

Sign: _[signature]_    Date: 6/20/19 , 20 19
Print Name: Andrea Gordon
*[First and Last Name]*
Telephone Number: (516) 605-5409
*[i.e. 999-999-9999]*
E-mail Address [if any]: bjason85@gmail.com